**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr93-MOC**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **DARRELL LEWIS.** | ) | |
| | ) | |
| _____ | ) | |

  **THIS MATTER** is before the court on defendant's unopposed motion to amend the judgment entered by the court on June 17, 2011, to request that the Bureau of Prisons designate defendant to an institution close to his home in Charlotte, North Carolina. Having considered the motion and reviewed the pleadings, the court enters the following Order.

## ORDER

  **IT IS, THEREFORE, ORDERED** that the motion to amend the judgment entered by the court on June 17, 2011 (#38) is **GRANTED** and the judgment shall be amended to request that the Bureau of Prisons designate defendant to an institution close to his home in Charlotte, North Carolina.

Signed: June 29, 2011

Max O. Cogburn Jr.
United States District Judge